IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| REESE J. THOMPSON, | * | |
| Plaintiff, | * | |
| v. | * | CV 324-011 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

# ORDER

On March 6, 2024, the parties filed a "Stipulation of Voluntary Dismissal" signed by both parties. Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. The parties shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of March, 2024.

UNITED STATES DISTRICT JUDGE